

**NUMBER 13-09-00064-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF J. J. L., A CHILD

### On appeal from the County Court at Law No. 1
### of Calhoun County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

The parties to this appeal have filed an "Agreed Motion to Vacate Trial Court SAPCR Order on Appeal, Reverse Venue Ruling, and Render Judgment Transferring Case." According to the motion, the parties have mutually agreed to the relief requested.

The Court has considered the motion and it is the Court's opinion that the motion should be granted in part and denied in part.[1] Accordingly, without regards to the merits,

---

[1] Rule 42.1(a)(2) permits the Court to render judgment effectuating the parties' agreements *or* to vacate the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with the agreement; we cannot do both. *See* TEX. R. APP. P. 42.1(a)(2)(A), (B).

we vacate the trial court's SAPCR Order entered January 29, 2009 and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B); 43.2(d). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM

Memorandum Opinion delivered and
filed this the 23rd day of July, 2009.